# ORIGINAL

MIRANDA DU
Nevada State Bar # 5288
McDONALD · CARANO · WILSON, LLP
100 W. Liberty Street, 10th Floor
P.O. Box 2670-2670
Reno, Nevada 89505
Telephone: (775) 788-2000
Attorneys for Defendant

JEFFREY A. DICKERSON
Nevada State Bar # 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
Telephone: 786-6664
Attorney for Plaintiff

U.S. DISTRICT COURT
DISTRICT OF NEVADA
RECEIVED

MAY - 4 2005

LERK, U.S. DISTRICT COURT

2005 MAY -9 AM 7: 56
LANCE S. WILSON
CLERK
BY
FILED

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JEANIE A. PULLEY,

              Plaintiff,

vs.

WELLS FARGO FINANCIAL
ACCEPTANCE NEVADA, INC. , a
Nevada corporation,

              Defendants.

CASE NO. CV-N-04-0003-ECR (RAM)

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

IT IS SO ORDERED

Edward C. Reed.

U.S. DISTRICT JUDGE

DATED: May 6, 2005

    The parties, by and through their undersigned counsel of record, hereby stipulate and agree to dismiss the above-referenced action with prejudice and with each party bearing their own costs and attorneys' fees.

Dated: 4/25/05

By

JEFFREY A. DICKERSON
9655 Gateway Dr., Suite B
Reno, NV 89421

Attorney for Plaintiff

Dated: April 25, 2005

McDONALD · CARANO · WILSON LLP

By

MIRANDA DU
100 W. Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670

Attorneys for Defendant

20